IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAUNCY GRAY,
    Petitioner,

vs.                           CASE NO.: 3:10cv83/MCR/MD

MICHAEL BABCOCK,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 19, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under § 2241 (doc. 1) is summarily denied.

DONE AND ORDERED this 7th day of April, 2010.

                                      *s/ M. Casey Rodgers*
                                  M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE